NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CISCO SYSTEMS, INC.,**
*Appellant*

**v.**

**CORRIGENT CORP.,**
*Appellee*

_____

2025-1021

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00447.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          CISCO SYSTEMS, INC. v. CORRIGENT CORP.

(2)  Each side shall bear their own costs.


                                                        FOR THE COURT

February 14, 2025                              Jarrett B. Perlow
       Date                                     Clerk of Court


**ISSUED AS A MANDATE:** February 14, 2025